NUMBER 13-05-002-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

RALPH McGILL,                                                                Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
____________________________________________________________________

On appeal from the 24th District Court 
of Calhoun County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, RALPH McGILL, perfected an appeal from a judgment entered by the 
24th District Court of Calhoun County, Texas, in cause number 99-8-5320. Appellant
has filed a motion to dismiss the appeal. The motion complies with Tex. R. App. P.
42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 31st day of March, 2005.